UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATHAN POLK REED,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00123-JAD-VCF<br><br>**ORDER** |

　　　Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Monday, April 7, 2025 at 10:30 a.m., be vacated and continued to May 15, 2025 at the hour of 10:00 a.m.

　　　DATED this 2nd day of April 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE