# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NATHAN POLK REED,<br><br>    Defendant. | Case No. 2:20-cr-00123-JAD-VCF<br><br>**ORDER** |

    Based on the pending Stipulation of counsel, and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, August 4, 2025 at 10:00 a.m., be vacated and continued to October 6, 2025, at the hour of 10:00 a.m.

    DATED this 7th day of July 2025.

                                         _____
                                         UNITED STATES DISTRICT JUDGE