RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Nathan Polk Reed

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>NATHAN POLK REED,<br><br>             Defendant. | Case No. 2:20-cr-00123-JAD-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Brenna Bush, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Nathan Polk Reed, that the Revocation Hearing currently scheduled on October 6, 2025 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court but no sooner than January 2026.

This Stipulation is entered into for the following reasons:

1.     A hearing was recently held on Mr. Reed's pending state matter. The parties had reached a negotiation but, at the hearing, discovered that they needed to modify the agreement

to account for federal credit. The state matter has been continued to November 17, 2025, for resentencing in absentia.

2. Defense counsel is in trial the week of November 17th.

3. The parties request that the instant revocation hearing be rescheduled to no sooner than January to permit sufficient time to resolve the outstanding state matter before proceeding here.

4. The parties have reached a resolution in the instant case. Defense counsel does not anticipate any further continuances absent extraordinary circumstances.

5. The defendant is in custody and agrees with the need for the continuance.

6. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 24th day of September 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Brenna Bush*<br>By_____<br>BRENNA BUSH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00123-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| NATHAN POLK REED, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, October 6, 2025 at 10:00 a.m., be vacated and continued to January 5, 2026, at the hour of 11:30 a.m.

DATED this 25th day of September 2025.

_____
UNITED STATES DISTRICT JUDGE